# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>STORED ELECTRONIC COMMUNICATIONS stored at premises owned, maintained, controlled, or operated by Verizon Wireless. | ) ) ) ) ) ) ) Case No. |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Stored electronic communications stored at premises owned, maintained, controlled, or operated by Verizon Wireless, more fully described in the attached affidavit.

located in the _____ District of _____South Carolina_____ , there is now concealed *(identify the person or describe the property to be seized)*:
Evidence of violations of Title 21, United States Code, Sections 841, 843(b), and 846, as more fully described in Attachment B to the Affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC §§ 841, 846 | Conspiracy and Possession with the intent to distribute controlled substances |
| 21 USC §§ 843(b) | Use of a communication facility to commit or facilitate commission of a felony |

The application is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Charles Elks, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ____04/17/2018____

*Judge's signature*

City and state: Columbia, SC

Shiva V. Hodges, U.S. Magistrate Judge
*Printed name and title*